FILED
September 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
SEP 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

No: 03-15-00395-CV

**In Court of Appeals
for the
Third Court of Appeals
Sitting at Austin, Texas**

**Jose G. Chavez, Appellant**

**Vs.**

**Dalton Pugh and Nancy Pugh,Apellee**

**Appeal from the County Court at Law #4**

**of William County, Texas**

**The Honorable Nancy E. Rister**

**Appellant Motion to Extend Time**

**Jose G. Chavez**

To The Honorable Court of Appeals:

Appellant, Jose g. Chavez (hereinafter "Chavez") respectfully submit this motion to extend time to submit Appellants Brief. Chavez is requesting a 39 day extension. Docking statement was submitted July 16, 2015 with the Third Court of Appeals. Court of Appeals then sent Chavez a correspondence on August 25, 2015 to submit response on or before Friday, September 4, 2015. Request for extensions, Appellant is in the process of affording to hire an attorney to represent and submit Appellant Brief.

I deeply apologize to this court and to Appellee for my lack of knowledge in this procedure. I humbly request court allows the 39 day extension request to validate Appellant Brief filed July 16, 2015.

Respectfully Submitted

Jose G. Chavez. Appellate
Pro Se
11520 Sweet Basil
Austin, TX 78726
(512) 554-4200
(512) 436-9496
jchavez@avewholdings.com

Certificate of Compliance for T.R.A.P.9.4(i) (3)

I certify that the word count indicated by my word processing software for the portions of the foregoing motion covered by Tecas Rule Appellate Procedure 9.4(i)(l) is 122.

Dated December 3,2014

Jose G. Chavez

# Certificate of Conference
## No: 03-15-00395-CV

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties concerning case 03-15-00395.CV, Jose G. Chavez Appellant and Dalton Pugh & Nancy Pugh, Appellee which are listed below, attorney for Appellee about the merits of this motion with the following results:

Jason Gallini

Gallini Law,
PLLC
600 Round Rock West Dr. Suite 302
Round Rock, TX 78681

_____
[Signature of certifying attorney or pro se party]

9/4/15
_____
[Date]

**NOTE:** Pursuant to Texas Code of Judicial Conduct Canon 3(B)(8), do not confer with the trail judge the motion in an original proceeding in which the trial judge is the respondent.

## Certificate of Service

I certify that a true and correct copy of the foregoing has served on the following counsel and/or pro se parties of record, by mailing in accordance with Texas Rule of Appellate Procedure 9.5, on the date shows: Ms. S. Jason Gallini, Gallini Law, PLLC, 600 Round Rock West Dr. Suite 302, Round Rock, TX 78681, 512- 276-6742

September 4, 2015

Jose G. Chavez



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 25, 2015

Mr. Jose Chavez
11520 Sweet Basil Ct.
Austin, TX 78726
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-15-00395-CV
        Trial Court Case Number:    15-0344-CC4

Style:    Jose Chavez
        v. Dalton Pugh and Nancy Pugh

Dear Mr. Chavez:

Appellant's brief was due in this Court on **August 4, 2015** and is overdue. *See* Tex. R. App. P. 38.6(a). If appellant fails to file a brief, the Court may dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure. If this Court does not receive a satisfactory response to this notice on or before **Friday, September 04, 2015**, the Court **may** dismiss the appeal for want of prosecution. Motions for extension must be accompanied by the $10.00 filing fee and a certificate of conference. *See* Tex. R. App. P. 5 and 10.1(a)(5).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk

cc:    Mr. S. Jason Gallini